**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Lee Welch,** | ) | **CASE NO. 1:14CV2328** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Alan Lazaroff, Warden,** | ) | **Judgment Entry** |
| | ) | |
| Respondent. | ) | |

This Court, having issued its Memorandum of Opinion and Order accepting the Report and Recommendation of Magistrate Judge McHargh (Doc. 10), hereby denies the Petition for Writ of Habeas Corpus. Furthermore, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c).

        IT IS SO ORDERED.

        /s/ Patricia A. Gaughan
        PATRICIA A. GAUGHAN
        United States District Judge

Dated: 4/4/16